1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       michelle.kane3@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,       ) NO. 13-00820 RS
                                     )
14 |       Plaintiff,                ) STIPULATION AND [~~PROPOSED~~] ORDER
                                     ) SETTING CHANGE OF PLEA HEARING
15 |    v.                           ) JANUARY 28, 2014.
                                     )
16 | BRANDON HUANG,                  )
           a/k/a "JimmyCow,"         )
17                                   )
           Defendant.                )
18 |_____)

STIP. AND [PROPOSED] ORDER
RE CHANGE OF PLEA
CR 12-820 RS

Defendant Brandon Huang, by and through his retained counsel, and the United States Attorney's Office for the Northern District of California, hereby stipulate and agree that this matter should be set for change of plea before this Court on January 28, 2014, at 2:30 p.m. An Information has been filed in this matter and Mr. Huang will be arraigned prior to the change of plea. Mr. Huang is not in custody. The parties will provide a proposed plea agreement to the Court prior to the change of plea hearing.

IT IS SO STIPULATED.

                                                MELINDA HAAG
                                                United States Attorney

Dated: January 2, 2014                                    /s/
                                                MICHELLE J. KANE
                                                Assistant United States Attorney

Dated: January 2, 2014                                    /s/
                                                GINNY WALIA
                                                Attorney for Defendant

## ORDER

Based on the stipulation of the parties, the Court HEREBY ORDERS that the matter of *United States v. Brandon Huang* shall be set for change of plea before this Court on January 28, 2014, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 1/2/14

                                                RICHARD SEEBORG
                                                United States District Judge

STIP. AND [PROPOSED] ORDER
RE CHANGE OF PLEA
CR 12-820 RS