# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket No. 0971 3:13CR00820-001 RS |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO CONTINUE HEARING FOR SENTENCING |
| ) | |
| vs. ) | |
| ) | |
| BRANDON HUANG, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the stipulation of the parties, it is ordered that the currently set hearing date for sentencing on May 13, 2014 be continued to June 10, 2014 at 2:30pm in Courtroom 3.

April 24, 2014

_____
United States District Judge

2